1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   BEHZAD TALAI MOFRAD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR MJ 12-71277 MAG |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO SET PRELIMINARY HEARING OR ARRAIGNMENT ON APRIL 10, 2013 |
| v. | |
| BEHZAD TALAI MOFRAD, | |
| Defendant. | |

The above-captioned matter was previously set on March 29, 2013 before Magistrate Kandis Westmore for a preliminary hearing or arraignment. The parties request that this Court set this matter for a preliminary hearing or arraignment on April 10, 2013 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between March 29, 2013 and March 29, 2013. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Such continuance is required because the government has produced discovery, and

defense counsel needs time to review the discovery and, in addition, research legal and factual issues. This continuance will allow the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between March 29, 2013 and April 10, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: March 14, 2013
　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　RODNEY C. VILLAZOR
　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　ELLEN V. LEONIDA
　　　　　　　　　　　　　　　　Attorney for Benzai Talai Mofrad

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until April 10, 2013 at 9:30 a.m. before the Magistrate Court, and time is excluded until April 10, 2013.

**IT IS SO ORDERED.**

DATED: 3/14/13
　　　　　　　　　　　　　　　　KANDIS WESTMORE
　　　　　　　　　　　　　　　　United States Magistrate Judge